UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
DEC 29 2005
Property of U.S. District Court
District of Rhode Island

JONETTE JEWELRY COMPANY,
Plaintiff,

v.

C.A. No. 05-509-ML

TARGET CORPORATION,
Defendant.

**NOTICE OF CONSENT TO ENLARGEMENT OF TIME**

Plaintiff has agreed that the defendant may have an enlargement of time, to and including February 6, 2006, to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

DATE: December 28, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

Mary M. Lisi
The Honorable Mary M. Lisi
U.S. District Judge

Date: 12/30/05

CERTIFICATION

On this 28th day of December, 2005, I mailed a copy of this to:

Philip H. Gottfried, Esquire
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue -- 21st floor
New York, NY 10016