RECEIVED
FEB 27 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONETTE JEWELRY COMPANY,
Plaintiff,

v.

C.A. No. 05-509-ML

TARGET CORPORATION,
Defendant.

**NOTICE OF CONSENT TO TWO-WEEK ENLARGEMENT OF TIME**

Defendant's response to the complaint is due on March 6, 2006. Plaintiff has agreed that the defendant may have an additional two-week enlargement of time, to and including March 20, 2006, to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

DATE: February 24, 2006

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

The Honorable Mary M. Lisi
U.S. District Judge

Date: 2/27/06

CERTIFICATION

On this 24th day of February, 2006, I mailed a copy of this to:

Philip H. Gottfried, Esquire
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue -- 21st floor
New York, NY 10016