UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 20 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONETTE JEWELRY COMPANY,
Plaintiff,

v.

C.A. No. 05-509-ML

TARGET CORPORATION,
Defendant.

**NOTICE OF CONSENT TO FURTHER ENLARGEMENT OF TIME**

The parties are close to a settlement. A draft settlement agreement is being reviewed by the company that is indemnifying defendant Target Corporation, after which the draft agreement will be reviewed by Target.

So that the parties may have an additional week to try to get the matter settled, plaintiff has agreed that the defendant may have an additional one-week enlargement of time, to and including March 27, 2006, to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

DATE: March 16, 2006

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

Mary M. Lisi
The Honorable Mary M. Lisi
U.S. District Judge

Date: 3/20/06