UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAR 27 2006
Property of U.S. District Court
District of Rhode Island

JONETTE JEWELRY COMPANY,
Plaintiff,

v.

C.A. No. 05-509-ML

TARGET CORPORATION,
Defendant.

**NOTICE OF CONSENT TO FURTHER ENLARGEMENT OF TIME**

The parties are close to a settlement. A draft settlement agreement has been reviewed by the company that is indemnifying defendant Target Corporation, and the draft is now being reviewed by Target.

So that the parties may have two additional weeks to try to get the matter settled, plaintiff has agreed that the defendant may have an additional two-week enlargement of time, to and including April 10, 2006, to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

DATE: March 27, 2006

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

The Honorable Mary M. Lisi
U.S. District Judge

Date: 3/28/06

CERTIFICATION

On this 27th day of March, 2006, I mailed a copy of this to:

Philip H. Gottfried, Esquire
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue -- 21st floor
New York, NY 10016