RECEIVED

APR 06 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONETTE JEWELRY COMPANY,
Plaintiff,

v.

C.A. No. 05-509-ML

TARGET CORPORATION,
Defendant.

NOTICE OF DISMISSAL

Pursuant to a settlement agreement by the parties to this matter, and pursuant to F.R.C.P. 41(a)(1)(i), the above-entitled action is hereby dismissed, with prejudice, no interest, no costs, no fees, to any party.

Plaintiff,
By Its Attorney,

DATE: April 5, 2006

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

Mary M. Lisi
The Honorable Mary M. Lisi
U.S. District Judge

Date: 4/6/06

CERTIFICATION

On this 5th day of April, 2006, I mailed a copy of this to:

Philip H. Gottfried, Esquire
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue -- 21st floor
New York, NY 10016